IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEIK ASTIN SIMMONS BEY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and THE STATE OF ILLINOIS, <br><br> Defendants. | No. 25 C 7870 <br><br> The Honorable Jorge L. Alonso |

**THE STATE OF ILLINOIS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**

The State of Illinois, by its attorney, Kwame Raoul, Attorney General of Illinois, respectfully moves for a 14-day extension of time to file its answer or otherwise plead to Plaintiff's complaint, until August 1, 2025. In support of this unopposed motion, the State of Illinois states the following:

1. Plaintiff filed his complaint on March 11, 2025, in the Circuit Court of Cook County, Illinois. Dkt. 1.

2. The State of Illinois has not filed an answer to Plaintiff's complaint in state court. See No. 2025CH02818 (Cook Cty. Cir. Ct.).

3. The State of Illinois has a motion to dismiss pending in state court. See No. 2025CH02818 (Cook Cty. Cir. Ct.).

4. On July 11, 2025, the United States removed this action to federal court under 28 U.S.C. § 1442(a). Dkt. 1.

5. A co-defendant's consent to removal is not required under 28 U.S.C. § 1442. See *Roberts v. Smith & Wesson Brands, Inc.*, 98 F.4th 810, 815 (7th. Cir. 2024).

6. The State of Illinois did not consent to removal of this action to federal court.

7. On July 16, 2025, this case was reassigned to undersigned counsel.

8. The State of Illinois's deadline to file its answer or to otherwise plead to Plaintiff's complaint is July 18, 2025. See Fed. R. Civ. P. 81(c)(2)(c).

9. Due to the undersigned attorney's current workload and professional obligations, the State of Illinois requires additional time to answer or otherwise respond to Plaintiff's complaint.

10. This is the first extension sought by the State of Illinois.

11. This motion is not brought for undue delay, and no prejudice will result to the Plaintiff by granting this motion.

12. Plaintiff does not object to this motion.

Accordingly, the State of Illinois respectfully requests that the Court grant its motion to extend the deadline to answer or otherwise respond to Plaintiff's complaint by 14 days, to August 1, 2025.

Dated: July 18, 2025

CONNOR Q HOLLANDER (IL 6340821)
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2762
connor.hollander@ilag.gov

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

s/ Connor Q Hollander
Assistant Attorney General